IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Harrell, Shirley M | Case Number: 06 B 13354 |
| | Judge: Hollis, Pamela S |
| Printed: 1/8/08 | Filed: 10/18/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 19, 2007
Confirmed: December 18, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 11,252.00 | |
| Secured: | | 8,587.84 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,100.00 |
| Trustee Fee: | | 564.16 |
| Other Funds: | | 0.00 |
| Totals: | 11,252.00 | 11,252.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Stuart B Handelman | Administrative | 2,100.00 | 2,100.00 |
| 2. | Great Lakes Credit Union | Secured | 0.00 | 0.00 |
| 3. | Great Lakes Credit Union | Secured | 10,197.98 | 2,828.00 |
| 4. | Great Lakes Credit Union | Secured | 1,469.98 | 247.00 |
| 5. | Great Lakes Credit Union | Secured | 3,260.35 | 494.00 |
| 6. | Lincoln Crossing Townhome Association | Secured | 658.00 | 100.00 |
| 7. | DaimlerChrysler Servs North America | Secured | 17,096.25 | 4,739.00 |
| 8. | Great Lakes Credit Union | Secured | 703.88 | 179.84 |
| 9. | Internal Revenue Service | Priority | 4,816.51 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 474.25 | 0.00 |
| 11. | Internal Revenue Service | Unsecured | 871.76 | 0.00 |
| 12. | Great Lakes Credit Union | Unsecured | 0.00 | 0.00 |
| 13. | Great Lakes Credit Union | Unsecured | 231.60 | 0.00 |
| 14. | Aspire Visa | Unsecured | 5,274.74 | 0.00 |
| 15. | Resurgent Capital Services | Unsecured | 91.87 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 12,986.87 | 0.00 |
| 17. | American General Finance | Unsecured | 2,018.29 | 0.00 |
| 18. | DaimlerChrysler Servs North America | Unsecured | 0.00 | 0.00 |
| 19. | Lincoln Crossing Townhome Association | Unsecured | 624.44 | 0.00 |
| 20. | Washington Mutual Home Loan | Secured | | No Claim Filed |
| 21. | LaSalle Bank NA | Unsecured | | No Claim Filed |
| 22. | US Cellular | Unsecured | | No Claim Filed |
| 23. | Nicor Gas | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 62,876.77 | $ 10,687.84 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Harrell, Shirley M

Printed: 1/8/08

Case Number:  06 B 13354
Judge:  Hollis, Pamela S
Filed:  10/18/06

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 347.46 |
| 5.4% | 216.70 |
|  | _____ |
|  | $ 564.16 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

